IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **CASSANDRA PAYNE,** | ) | CASE NO. 1:18-cv-00009-PAG |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | <u>ORDER OF DISMISSAL WITH PREJUDICE</u> |
| | ) | <u>AND APPROVING SETTLEMENT</u> |
| | ) | |
| **WASSERSTEIN FAMILY LIMITED PARTENERSHIP,** *et al.,* | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter came on to be heard upon Joint Motion for Approval of Settlement and Stipulation of Dismissal with Prejudice as to Plaintiff's Complaint, such stipulation including the Parties' confidential settlement agreement.

The Court, being duly advised in the premises, and for good cause shown, hereby finds the Motion well-taken and grant same.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, as follows:

1. This Court hereby accepts and approves the proposed settlement and holds that the proposed settlement submitted by the Parties is a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act; and

2. The above case is hereby DISMISSED WITH PREJUDICE AS TO FUTURE ACTION, with each party to bear her, his or its own attorneys' fees, expenses, and costs.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan      2/16/18
_____
JUDGE PATRICIA A. GAUGHAN

FPDOCS 33696997.1